RAMZY PAUL LADAH
Nevada Bar No. 11405
ANTHONY ASHBY
Nevada Bar No. 4911
JOSEPH C. CHU
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiffs Jane Doe and Joann Doe*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually, and as parent and natural guardian for JOANN DOE, a minor;<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO BARRAZA-BALCAZAR; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; ROE CORPORATIONS 1 through 20,<br><br>Defendants. | Case No.: 2:16-cv-01696-JAD-PAL<br><br>**STIPULATION AND ORDER TO FILE SECOND AMENDED COMPLAINT** |

The parties, through their undersigned counsel of record, hereby stipulate and agree to allow Plaintiffs JANE DOE and JOANN DOE ("Plaintiffs") to file Plaintiffs' [proposed] Second Amended Complaint, a copy of which is attached hereto as **Exhibit "1"**. This stipulation is being entered into by the parties' undersigned counsel of record pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiffs respectfully request that, pursuant to this stipulation, they be granted leave of Court to amend their existing pleading.[1] If leave is so granted, Plaintiffs will then file and serve their [proposed] Second Amended Complaint pursuant to LR 15-1(b).

Nothing herein is intended to waive any defense in this matter.

. . .

---

[1] Plaintiffs' existing pleading, the First Amended Complaint, was filed in state court prior to removal, thus there is no federal case docket number assigned thereto.

| | |
|---|---|
| DATED this 1st day of September, 2016 | DATED this 1st day of September, 2016 |
| **LADAH LAW FIRM** | **CLARK COUNTY SCHOOL DISTRICT, OFFICE OF THE GENERAL COUNSEL** |
| /s/ Joseph C. Chu, Esq. | /s/ S. Scott Greenberg, Esq. |
| **JOSEPH C. CHU**<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiffs Jane Doe and Joann Doe* | **S. SCOTT GREENBERG**<br>Nevada Bar No. 4622<br>5100 West Sahara Avenue<br>Las Vegas, NV 89146<br>*Attorneys for Defendant Clark County School District* |

### O R D E R

Based upon the foregoing stipulation of the parties, Plaintiffs Jane Doe and Joann Doe are hereby granted leave to file their Second Amended Complaint by September, 9, 2016.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: September 2, 2016.

2