```
 1  CLARK COUNTY SCHOOL DISTRICT
    OFFICE OF THE GENERAL COUNSEL
 2  S. SCOTT GREENBERG, ESQ.
    Nevada Bar No. 4622
 3  5100 W. Sahara Ave.
    Las Vegas, Nevada 89146
 4  Email: sgreenberg@interact.ccsd.net
    (702) 799-5373
 5  Attorneys for Defendant CCSD
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| JANE DOE, individually, and as parent and natural guardian for JOANN DOE, a minor;<br><br>Plaintiff,<br><br>v.<br><br>FAUSTO BARRAZA-BALCAZAR; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; ROE ,<br><br>Defendant. | CASE NO.:<br>2:16-cv-01696-JAD-PAL<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF CLARK COUNTY SCHOOL DISTRICT'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request) |
|---|---|

COME NOW the parties, by and through their counsel of record, and hereby stipulate and agree that Defendant Clark County School District may have up to and including June 23, 2017, to file its reply in support of motion for summary judgment (Docket No. 26). Plaintiff's response was filed May 24, 2017 (Docket No. 36). The parties previously stipulated that the District would have to June 16, 2017, to file its reply. Docket No. 35.

At the time filing the previous stipulation, defense counsel forgot that the District's legal office is moving on June 9th. Defense counsel must have his office packed by the end of June 8th and the move, including computers, is to take place on June 9th and through the weekend. It is expected that it will be into the week of June 12th before the move is complete. Additionally defense

counsel has had depositions set in another matter that should take all day on June 12th and 14th which were not scheduled at the time of the earlier stipulation.  Because of these unanticipated events, the parties have agreed to this week extension for the District's reply brief.

Therefore, the parties respectfully request that the District be allowed up to and including June 23, 2017, to file its reply in support of the motion for summary judgment filed as Docket No. 26.

Dated this 7th day of June, 2017.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LADAH LAW FIRM |
|---|---|
| By:  /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant<br>CCSD | By: /s/ Joseph Chu<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, NV 89101<br>(702) 252-0055<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED**:

_____
United States District Judge
Dated: June 7, 2017.