**RAMZY PAUL LADAH**
Nevada Bar No. 11405
**JOSEPH C. CHU**
Nevada Bar No. 11082
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiffs Jane Doe and Joann Doe*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANE DOE, individually, and as parent and natural guardian for JOANN DOE, a minor;<br><br>Plaintiff,<br><br>vs.<br><br>FAUSTO BARRAZA-BALCAZAR; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; ROE CORPORATIONS 1 through 20,<br><br>Defendants. | Case No.: 2:16-cv-01696-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiffs JANE DOE and JOANN DOE ("Plaintiffs") and Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through their undersigned counsel of record, that the deadline for filing the joint pretrial order currently due on or before April 16, 2018, should be extended to May 16, 2018. The parties note that they are currently scheduled to attend a settlement conference with the Court on May 3, 2018. (ECF No. 47).

. . . .

In addition to the currently scheduled settlement conference which may negate the parties having to file a proposed pre-trial order, defense counsel has had a number of filing deadlines in other cases that have required significant attention over the past several weeks including a Nevada Supreme Court opening brief due and filed on April 5, 2018, a proposed pre-trial order due and filed on April 2, 2018, in Case No. 2:15-cv-APG, a summary judgment motion due and filed on April 4, 2018, in Case No. 2:17-cv-1767-JAD, a summary judgment motion due on April 13, 2018, in Case No. 2:17-cv-0227-APG, and he was in a labor arbitration on April 6, 2018, regarding a union grievance over an employee dismissal.

WHEREFORE, the parties respectfully request that the Court grant additional time, up to and including May 16, 2018, in which to file the joint pretrial order.

DATED this 13th day of April, 2018.

**LADAH LAW FIRM**

/s/ Joseph C. Chu
_____
**RAMZY PAUL LADAH**
**JOSEPH C. CHU**
517 S. Third Street
Las Vegas, NV 89101
*Attorneys for Plaintiffs Jane Doe and Joann Doe*

DATED this 13th day of April, 2018.

**CLARK COUNTY SCHOOL DISTRICT, OFFICE OF THE GENERAL COUNSEL**

/s/ S. Scott Greenberg
_____
**S. SCOTT GREENBERG**
5100 West Sahara Avenue
Las Vegas, NV 89146
*Attorneys for Defendant Clark County School District*

## O R D E R

Based upon the foregoing stipulation, the deadline to file the joint pretrial order shall be extended to May 16, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 16, 2018