1 CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
2 S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
3 5100 W. Sahara Ave.
Las Vegas, Nevada 89146
4 (702) 799-5373
Attorneys for Defendant CCSD

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, individually, and as parent and natural guardian for JOANN DOE, a minor;<br><br>Plaintiff,<br><br>v.<br><br>FAUSTO BARRAZA-BALCAZAR; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; ROE ,<br><br>Defendant. | CASE NO.:<br>2:16-cv-01696-JAD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EXPERT WITNESS DEPOSITIONS**<br>(Second Request) |

The Court previously entered the parties' stipulation allowing them up to sixty (60) days following a ruling on dispositive motions to conduct expert depositions. Docket #25. There are at most three (3) expert depositions that may be conducted (two plaintiff experts and one defense rebuttal expert). The District's summary judgment motion was disposed of by order dated March 15, 2018, leaving only a state law negligence/negligent supervision claim remaining for trial. Docket #46. Said order also referred the case for a settlement conference which was set for May 3, 2018. Docket #47. Due to an unexpected emergency involving an attorney in the case, the settlement conference has been rescheduled for May 30, 2018.

The parties agree an extension to depose experts is appropriate given the postponement of the settlement conference and in the best

interest of the parties so as to not needlessly waste the time and expense associated with expert depositions. Therefore, the parties respectfully request they be allowed to conduct expert depositions up to ~~30~~ 90 days before trial. [Modified by the court.]

Dated this 14th day of May, 2018.

| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | RAMZY PAUL LADAH |
|---|---|
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant<br>CCSD | By: /s/ Joseph Chu<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, NV 89101<br>(702) 252-0055<br>Attorneys for Plaintiffs |

**IT IS SO ORDERED as modifed by the court:**

Dated: May 18, 2018

_____
U.S. Magistrate Judge

-2-