1 CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
2 S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
3 5100 W. Sahara Ave.
Las Vegas, Nevada 89146
4 (702) 799-5373
Attorney for Defendant,
5 CLARK COUNTY SCHOOL DISTRICT

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF NEVADA**

| | |
|---|---|
| JANE DOE, individually, and as parent and natural guardian for JOANN DOE, a minor;<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAUSTO BARRAZA-BALCAZAR; CLARK COUNTY SCHOOL DISTRICT; DOES 1 through 20; ROE ,<br><br>　　　　Defendant. | CASE NO.:<br>2:16-cv-01696-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLARK COUNTY SCHOOL DISTRICT WITH PREJUDICE**<br><br>ECF No. 61 |

COMES NOW, Plaintiff and Defendant Clark County School District ("District"), by and through their attorneys of record, and hereby stipulate and agree to the dismissal of the Clark County School District from this action, with prejudice, and each party to bear its own costs and attorney's fees. The parties agree that neither party is a prevailing party in this action and neither party will seek any attorney's fees or costs pursuant to any rule, statute or

. . .

. . .

. . .

. . .

. . .

. . .

law, whether local, state or federal.

DATED this 13th day of November, 2018.

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | LADAH LW FIRM |
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant<br>CCSD | By:/s/ Joseph Chu<br>JOSEPH C. CHU<br>Nevada Bar No. 11082<br>517 S. Third Street<br>Las Vegas, NV 89101<br>(702) 252-0055<br>Attorneys for Plaintiffs |

**ORDER**

Based on the parties' stipulation **[ECF No. 61]** and good cause appearing, IT IS HEREBY ORDERED that **all claims against Clark County School District in this action are DISMISSED with prejudice**, each side to bear its own fees and costs. Plaintiff must file a motion for default judgment or to dismiss the claims against remaining defaulted defendant Fausto Barraza-Balcazar within 20 days.

Plaintiff's obligation to provide the court with proof of establishment of a blocked trust account containing the net settlement proceeds by November 15, 2018, as directed by Magistrate Judge Leen's October 16, 2018, order survives this dismissal and remains in effect.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 14, 2018