# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jane Doe

                    Plaintiff,

      v.

Fausto Barraza-Balcazar

                  Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01696-JAD-PAL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Default judgment is entered in favor of the plaintiff, Jane Doe as parent and natural guardian on behalf of Joann Doe, the minor, and against Fausto Barraza-Balcazar in the amount of $100,000.00.

2/8/2019
Date

DEBRA K. KEMPI
Clerk

/s/ D. Cacciabaudo
Deputy Clerk